# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 14, 2006

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

No. 05-3323

| | |
|---|---|
| United States of America, | Appeal from the United States |
| *Plaintiff-Appellee,* | District Court for the |
| | Northern District of Illinois, |
| *v.* | Eastern Division |
| | No. 04 CR 764 |
| Christian Mendoza, | David H. Coar, Judge |
| *Defendant-Appellant.* | |

## O R D E R

The slip opinion issued in the above-entitled cause on August 10, 2006, is amended as follows:

Page 2, first full paragraph, line 14: "...Quinonez and Payan, who were..."; is hereby amended to read as follows: "...Quinonez and Payan, who was ...".

Page 4, line 6: "(including his direct hiring by Alfaro)" is hereby amended to read as follows: "(including his direct hiring by Alfaro),".

Page 5, second paragraph, line 11: The quote "Clear error exists only, ..." is hereby amended to read as follows: "Clear error exists only if, ...".

Page 7, line 11: The citation "*See* § 3B1.2" is hereby amended to read as follows: "*See* U.S.S.G. § 3B1.2".

Page 7, line 15: The citation "*Shonubi*, 988 F.2d 84," is hereby amended to read as follows: "*Shonubi*, 998 F.2d 84,".

Page 7, line 19: "tionship to other participants"); *see also United States v.*" is hereby amended to read as follows: "tionship to other participants")(internal citations and quotations omitted); *see also United States v.*"

Page 7, line 23: The citation "*and id.*" is hereby amended to read as follows: "*U.S. v. Tolson*, 988 F2d 1494, 1504 (7th Cir. 1993)".

Page 8, lines 6-7: The citation "*See Tolson*, 988 F.2d at 1504" is hereby amended to read as follows: "*See id.* at 1504".

Page 8, last line of first paragraph: "imposing sentence)." is hereby amended to read as follows: "imposing sentence)(citation omitted)."